UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GENEVA HAWTHORNE | CIVIL ACTION |
| VERSUS | NO. 18-3721 |
| DR. FEDERICO TRAN | SECTION "E" (3) |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly;

**IT IS ORDERED** that plaintiff's complaint be and is hereby dismissed without prejudice for lack of federal subject-matter jurisdiction.

**New Orleans, Louisiana, this 22nd day of June, 2018.**

*(signed)* Susie Morgan
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**